UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : : : : | |
| Plaintiff, | : : | Civil Action No. 1:19-cv-04324 |
| v. | : : : | Honorable Elaine E. Bucklo |
| COMER CAPITAL GROUP, LLC and BRANDON L. COMER, | : : : | Magistrate Sheila Finnegan |
| Defendants. | : : | |

**JOINT STATUS REPORT**

Plaintiff United States Securities and Exchange Commission ("SEC") and Defendants Comer Capital Group, LLC ("Comer Capital") and Brandon L. Comer ("Comer") jointly submit the following status report pursuant to the Court's Third Amended General Order 20-0012:

**I.   Discovery and Motion Practice**

The parties have exchanged MIDP responses and the SEC has produced its non-privileged investigative file to the Defendants, which included: (1) transcripts of testimony taken during the SEC's investigation; (2) testimony exhibits; (3) correspondence and subpoenas from the investigation; and (4) documents produced by the Defendants and third parties to the SEC during its investigation. Defendants are in the process of reviewing these materials. As set forth below, however, the parties have been engaged in settlement discussions which, if successful, would obviate the need to expend further resources on fact and expert discovery.

The parties have no pending motions.

**II.     Settlement Efforts**

For the past several months, the parties have exchanged information and discussed terms of a potential settlement that would eliminate the need to litigate the merits of Defendants' liability. While the parties have not yet reached an agreement in principle, they are continuing to explore whether a mutually agreeable resolution can be achieved, and they believe a settlement conference with the Magistrate Judge would be beneficial. The parties agree to participate in a settlement conference within the next 45 days or as soon thereafter as is practical and convenient for the Court.

**III.    Agreed Proposed Revised Schedule**

If settlement talks are unsuccessful, the parties intend to conduct written and oral fact discovery, including depositions of numerous witnesses located in different locations throughout the United States. The parties cannot fully predict or anticipate the discovery challenges that may arise given the evolving nature of travel restrictions, stay-at-home orders, social distancing requirements, and other public health measures related to the COVID-19 pandemic. Nonetheless, <u>the parties agree to the following revised schedule</u>: fact discovery closed by 12/31/2020 (with all written discovery requests to be served no less than 30 days prior); all expert discovery to be completed by 4/12/2021; final supplementation of the MIDP due 11/13/2020; and dispositive motions with supporting memoranda due by 5/26/2021.

This proposed revised schedule, which seeks to accommodate the needs of this complex case in light of current circumstances, incorporates the extensions of time set forth in the Court's Amended General Order 20-0012, Second Amended General Order 20-0012, and superseding Third Amended General Order 20-0012, plus an additional 12 weeks,.

IV. **Telephonic Hearing**

The parties do not believe a telephonic hearing is necessary and time urgent.

Respectfully submitted,

| /s/ Michael D. Foster | /s/ James L. Kopecky |
|---|---|
| Michael D. Foster (fostermi@sec.gov) | James Kopecky (jkopecky@ksrlaw.com) |
| Natalie G. Garner (garner@sec.gov) | Matt McQuaid (matt@mcquaidlawgroup.com) |
| Brian D. Fagel (fagelb@sec.gov) | Kopecky Schumacher Rosenburg LLC |
| 175 W. Jackson Blvd., Suite 1450 | 120 N. LaSalle St., Suite 2000 |
| Chicago, IL 60604 | Chicago, IL 60602 |
| Telephone: (312) 353-7390 | Telephone: (312) 380-6552 |
| Facsimile: (312) 353-7398 | Attorneys for Defendants Comer Capital Group, LLC and Brandon L. Comer |
| Attorneys for Plaintiff Securities and Exchange Commission | |

Dated: May 18, 2020