# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

U.S. Securities and Exchange Commission

Plaintiff,

v.

Case No.: 1:19−cv−04324
Honorable Elaine E. Bucklo

Comer Capital Group, LLC, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 27, 2021:

MINUTE entry before the Honorable Sheila M. Finnegan: Settlement conference held on 1/27/2021. The parties were unable to reach an agreement. All matters relating to the referral having been completed, the referral is closed. Mailed notice (sxw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.