UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | Civil Action No. 19-cv-4324 |
| v. | Honorable Elaine E. Bucklo |
| COMER CAPITAL GROUP, LLC and BRANDON L. COMER, | Magistrate Sheila Finnegan |
| Defendants. | |

## AGREED MOTION TO EXTEND

Plaintiff United States Securities and Exchange Commission and Defendants Comer Capital Group, LLC and Brandon L. Comer hereby jointly move this Court for a three-month extension of time for the completion of discovery (until January 31, 2022). On July 20, 2021, the Court granted the parties' request to amend the scheduling order previously entered on April 22, 2021 (Docket No. 38), which set, among other pretrial dates, fact discovery to close on July 30, 2021 and expert discovery to close on October 31, 2021. The parties requested, and the Court granted, an extension of the fact discovery deadline to allow fact discovery to close on the same date as expert discovery (October 31, 2021). (Docket No. 41)[1]

The parties seek to extend the close of discovery by an additional three months in light of scheduling difficulties encountered since the time of the parties' prior request, which have included, among other things, both plaintiff and defense counsel's involvement in expert discovery (involving

---

[1] The parties previously requested, and the Court granted, extensions of discovery in light of settlement discussions and a subsequent settlement conference with the Magistrate Judge, which conference concluded at the end of January without a compromise agreement.

four expert witnesses) in another matter, and unavailability of third parties, requiring the suspension of one deposition and the delay of others.

WHEREFORE, the parties jointly and respectfully request entry of an order revising the discovery schedule such that all discovery would close on January 31, 2022.

Respectfully submitted,                                              October 14, 2021

| /s/ Michael D. Foster<br>Michael D. Foster (fostermi@sec.gov)<br>Natalie G. Garner (garner@sec.gov)<br>175 W. Jackson Blvd., Suite 1450<br>Chicago, IL 60604<br>Telephone: (312) 353-7390<br>Facsimile: (312) 353-7398<br>Attorneys for Plaintiff Securities and Exchange Commission | /s/ James L. Kopecky<br>James Kopecky (jkopecky@ksrlaw.com)<br>Kopecky Schumacher Rosenburg LLC<br>120 N. LaSalle St., Suite 2000<br>Chicago, IL 60602<br>Telephone: (312) 380-6552<br>Attorneys for Defendants Comer Capital Group, LLC and Brandon L. Comer |
|---|---|