UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : : : | |
| Plaintiff, | : : | Civil Action No. 19-cv-4324 |
| v. | : : | Honorable Elaine E. Bucklo |
| COMER CAPITAL GROUP, LLC and BRANDON L. COMER, | : : : | Magistrate Sheila Finnegan |
| Defendants. | : : : | |

## NOTICE OF AGREED MOTION TO EXTEND

Please take Notice that, pursuant to Judge Bucklo's procedures on non-emergency motions, the Agreed Motion to Extend is scheduled for Wednesday, October 20, 2021 at 9:45 a.m. The Court will rule by written order and no appearance in Court is necessary.

Respectfully submitted,                                                                 October 14, 2021

| /s/ Michael D. Foster | /s/ James L. Kopecky |
|---|---|
| Michael D. Foster (fostermi@sec.gov) | James Kopecky (jkopecky@ksrlaw.com) |
| Natalie G. Garner (garner@sec.gov) | Kopecky Schumacher Rosenburg LLC |
| 175 W. Jackson Blvd., Suite 1450 | 120 N. LaSalle St., Suite 2000 |
| Chicago, IL 60604 | Chicago, IL 60602 |
| Telephone: (312) 353-7390 | Telephone: (312) 380-6552 |
| Facsimile: (312) 353-7398 | Attorneys for Defendants Comer Capital Group, LLC and Brandon L. Comer |
| Attorneys for Plaintiff Securities and Exchange Commission | |