UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : : : | |
| Plaintiff, | : : | Civil Action No. 1:19-cv-04324 |
| v. | : : | Honorable Elaine E. Bucklo |
| COMER CAPITAL GROUP, LLC and BRANDON L. COMER, | : : : | Magistrate Sheila Finnegan |
| Defendants. | : : : | |

**JOINT STATUS REPORT**

Plaintiff United States Securities and Exchange Commission ("SEC") and Defendants Comer Capital Group, LLC ("Comer Capital") and Brandon L. Comer ("Comer") jointly submit the following status report pursuant to the Court's minute order of May 24, 2022 (Dkt. No. 1446).

On May 13, 2022, this Court granted the parties until June 18, 2022 to file dispositive motions. With the weekend and the Court holiday on Monday June 20, 2022, the defendants intend to file a motion for summary judgment on Tuesday June 21, 2022.

The parties respectfully request the following briefing schedule: 35 days, until July 26, 2022 for filing of the response; and 21 days thereafter, until August 16, 2022 for filing of the reply.

Respectfully submitted,

| | |
|---|---|
| /s/ Michael D. Foster | /s/ James L. Kopecky |
| Michael D. Foster (fostermi@sec.gov) | James Kopecky (jkopecky@ksrlaw.com) |
| Natalie G. Garner (garner@sec.gov) | Matt McQuaid (matt@mcquaidlawgroup.com) |

| | |
|---|---|
| Brian D. Fagel (fagelb@sec.gov)<br>175 W. Jackson Blvd., Suite 1450<br>Chicago, IL 60604<br>Telephone: (312) 353-7390<br>Facsimile: (312) 353-7398<br>Attorneys for Plaintiff Securities and Exchange Commission | Kopecky Schumacher Rosenburg LLC<br>120 N. LaSalle St., Suite 2000<br>Chicago, IL 60602<br>Telephone: (312) 380-6552<br>Attorneys for Defendants Comer Capital Group, LLC and Brandon L. Comer |

Dated: June 17, 2022