From: **Madden, Scott** SMadden@assuredguaranty.com
Subject: Harvey Public Library District, IL
Date: January 13, 2015 at 7:07 PM
To: Brandon Comer blcomer@comercapital.com
Cc: Schreiber, Elliot ESchreiber@assuredguaranty.com, Udit, Audrey AUdit@assuredguaranty.com

Brandon;

As discussed, the deal has been formally approved with the following conditions (see below) at pricing of 90 bps. I have Cc my in-house attorney and closing coordinator on this email.

1. No additional debt may be issued by the District without the consent of Assured Guaranty.
2. Fully funded (cash) debt service reserve fund, at closing, equal to the IRS lesser of test.
3. Property tax intercept - irrevocable (ad valorem taxes collected pursuant to the levy for debt service is sent directly to the escrow/paying agent from Cook County for deposit into the debt service fund).

Please respond to this email with distribution list when you are able and we will process a formal commitment for you tomorrow.

All the best.


Scott Madden
Director
Assured Guaranty
31 West 52nd Street
New York, NY 10019

O: 212-408-6040
C: 914-924-1483

E: smadden@assuredguaranty.com


**From:** Brandon Comer [mailto:blcomer@comercapital.com]
**Sent:** Tuesday, January 13, 2015 6:51 PM
**To:** Madden, Scott
**Subject:** Fwd: Resolutioon adopting plan-estimate costs



Sent from my iPhone

Begin forwarded message:

> **From:** DMJARAD@aol.com
> **Date:** January 13, 2015 at 4:56:58 PM EST
> **To:** Lance.Tyson@KutakRock.com, blcomer@comercapital.com

Supplemental Production
11-6-2015

CCG 0851